UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SAMMY BACHIR BACHA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN, Mule Creek State Prison, et al.,<br><br>　　　　　Respondents. | No. SA CV 15-753-VAP (PLA)<br><br>**JUDGMENT** |

　　　Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: January 16, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE